*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:Troy Small
      Debtor(s)

Case No: 04−32337−mdc

Chapter: 13

---

## *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. That [(sc 524(d) is amended to make the discharge hearing non−mandatory except when the debtor(s) desire(s) to reaffirm a debt pursuant to ](sc 524(c).

    3. That any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

    4. That in the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/19/10